IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a**
**Mississippi banking corporation,**

    Plaintiff,

vs.                              CASE NO. 5:11-cv-266/RS-EMT

**CALLAWAY CLINIC, LLC,**
**A Florida limited liability company; at al.,**

    **Defendants.**
_____ /

## ORDER

    Before me are Defendant's Motion to Stay Pursuant to Servicemember's Civil Relief Act (Doc. 37), Plaintiffs Response in Opposition (Doc. 41).

    Plaintiff concedes that Defendant Albert Mapp and Defendant Albert Mapp, MD, PA are protected by the Civil Relief Act. (Doc. 41, ¶5). However, Plaintiff now seeks to dismiss those defendants.

    Pursuant to Fed. R. Civ. P. 41(a)(2), Defendant Albert Mapp and Defendant Albert Mapp, MD, PA are **DISMISSED without prejudice** as parties to this case. The Motion to Stay (Doc. 37) is **DENIED** as moot.

**ORDERED** on November 17, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**