# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi banking corporation,**

    **Plaintiff,**

v.                                **CASE NO. 5:11-cv-266-RS-EMT**

**CALLAWAY CLINIC, LLC, aka CALLAWAY CLINIC, LLC, a Florida limited liability company; et al.,**

    **Defendants.**
_____/

## ORDER

The relief requested in Plaintiff's Motion for Final Summary Judgment in Foreclosure under Count I and Partial Final Judgment of Liability under Counts II and VI (Doc. 44) is **GRANTED**.  Pursuant to N.D. Fla. Loc. R. 7(C)(1), "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion."  No response was filed in this case.  The determination of damages under Counts II and VI remain pending further order.

**ORDERED** on December 28, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**